**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., | ) | Case No.: 11-CV-05440-LHK |
| Plaintiff, | ) | |
| v. | ) | CASE MANAGEMENT ORDER |
| JAVIER TERAN MOJICA, et. al., | ) | |
| Defendants. | ) | |

Clerk:  Jackie Garcia           Plaintiff's Attorney: Thomas Riley
Reporter:  Lee-Anne Shortridge   Defendant's Attorney: Pai Hsein Ren

An initial case management conference was held on June 11, 2014. A further case management conference is set for October 8, 2014 at 2 p.m.

The parties are referred to Magistrate Judge Lloyd for a Magistrate Judge Settlement Conference with a deadline of January 12, 2015.

The discovery limits in the Federal Rules of Civil Procedure shall govern.

The deadline to file any motion to dismiss for failure to prosecute shall be July 10, 2014.

The Court set the following case schedule:

DEADLINE TO AMEND PLEADINGS OR ADD PARTIES: June 30, 2014

DISCOVERY DEADLINES:
    Opening Reports: November 17, 2014
    Rebuttal Reports: December 19, 2014
    Close of Fact and Expert Discovery: February 5, 2015

DISPOSITIVE MOTIONS shall be filed by March 16, 2015, and set for hearing no later than April 23, 2015 at 1:30 p.m. The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: June 11, 2015 at 1:30 p.m.

JURY TRIAL: June 26, 2015 at 9 a.m. Trial is expected to last 3 days.

**IT IS SO ORDERED.**

Dated: June 11, 2014

*[signature: Lucy H. Koh]*

LUCY H. KOH
United States District Judge